UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENNET MARCUS, STEVE KENNEDY, and ISAAC KEIL, individually and on behalf of other persons similarly situated who were employed by AXA ADVISORS, LLC, AXA FINANCIAL SERVICES, LLC, and AXA NETWORK, LLC and/or any other entities affiliated with or controlled by AXA ADVISORS, LLC and AXA NETWORK, LLC,<br><br>                      Plaintiffs,<br><br>             - against -<br><br>AXA ADVISORS, LLC, AXA FINANCIAL SERVICES, LLC, and AXA NETWORK, LLC and/or any other entities affiliated with or controlled by AXA ADVISORS, LLC, AXA FINANCIAL SERVICES, LLC, and AXA NETWORK, LLC,<br><br>                      Defendants. | Case No. 11-CV-2339 (SJ)(SMG)<br><br>Hon. Sterling Johnson, Jr.<br><br>STIPULATION AND [PROPOSED] ORDER TO VACATE DISCOVERY DEADLINE |

       Plaintiffs and Defendants hereby agree and stipulate that the December 1, 2012 deadline for service of Requests for Admission shall be vacated.

       Upon the agreement and stipulation of the undersigned, the Court VACATES the December 1, 2012 deadline for service of Requests for Admission, set forth in Plaintiffs' Proposed Scheduling Order (Docket No. 45), adopted by the Court on July 3, 2012.

1

| | |
|---|---|
| Dated: San Francisco, California<br>November 30, 2012 | Dated: New York, New York<br>November 30, 2012 |
| KERR & WAGSTAFFE LLP | VIRGINIA & AMBINDER, LLP |
| By: ___/s/_____<br>Adrian J. Sawyer<br>100 Spear Street, 18th Floor<br>San Francisco, CA 94105<br>Email: sawyer@kerrwagstaffe.com<br>Tel: (415) 371-8500<br>*Attorneys for Defendants* | By: _____<br>James Emmet Murphy<br>111 Broadway, Suite 1403<br>New York, New York 10006<br>Email: jmurphy@vandallp.com<br>Tel: (212) 943-9080<br>*Attorneys for Plaintiffs* |

**SO ORDERED.**

_____
Honorable Sterling Johnson, Jr.
United States District Judge
December ____, 2012