UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENNET MARCUS, STEVE KENNEDY, and ISAAC KEIL, individually and on behalf of other persons similarly situated who were employed by AXA ADVISORS, LLC, AXA FINANCIAL SERVICES, LLC, and AXA NETWORK, LLC and/or any other entities affiliated with or controlled by AXA ADVISORS, LLC and AXA NETWORK, LLC, <br><br> Plaintiffs, <br><br> - against - <br><br> AXA ADVISORS, LLC, AXA FINANCIAL SERVICES, LLC, and AXA NETWORK, LLC and/or any other entities affiliated with or controlled by AXA ADVISORS, LLC, AXA FINANCIAL SERVICES, LLC, and AXA NETWORK, LLC, <br><br> Defendants. | Case No. 11-CV-2339 (SJ)(SMG) <br><br> Hon. Sterling Johnson, Jr. <br><br> STIPULATION AND [PROPOSED] ORDER TO VACATE DISCOVERY DEADLINE <br><br> RECEIVED IN CHAMBERS OF HON. STERLING JOHNSON, JR <br><br> DEC 3 2012 <br><br> TIME A.M.____ P.M.____ |

Plaintiffs and Defendants hereby agree and stipulate that the December 1, 2012 deadline for service of Requests for Admission shall be vacated.

Upon the agreement and stipulation of the undersigned, the Court VACATES the December 1, 2012 deadline for service of Requests for Admission, set forth in Plaintiffs' Proposed Scheduling Order (Docket No. 45), adopted by the Court on July 3, 2012.

1

Dated: San Francisco, California
November 30, 2012

KERR & WAGSTAFFE LLP

By:  ___/s/_____
Adrian J. Sawyer
100 Spear Street, 18th Floor
San Francisco, CA 94105
Email: sawyer@kerrwagstaffe.com
Tel: (415) 371-8500
*Attorneys for Defendants*

Dated: New York, New York
November 30, 2012

VIRGINIA & AMBINDER LLP

By:  _____
James Emmet Murphy
111 Broadway, Suite 1403
New York, New York 10006
Email: jmurphy@vandallp.com
Tel: (212) 943-9080
*Attorneys for Plaintiffs*

**SO ORDERED.**

 /s/(SJ)

_____
Honorable Sterling Johnson, Jr.
United States District Judge
December 10 , 2012

2