UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENNETT MARCUS, STEVE KENNEDY, and ISAAC KEIL, individually and on behalf of other persons similarly situated who were employed by AXA ADVISORS, LLC, AXA FINANCIAL SERVICES, LLC, and AXA NETWORK, LLC and/or any other entities affiliated with or controlled by AXA ADVISORS, LLC and AXA NETWORK, LLC, | Case No. 11-CV-2339 (SMG) |
| Plaintiffs, | NOTICE OF MOTION |
| - against - | |
| AXA ADVISORS, LLC, AXA FINANCIAL SERVICES, LLC, and AXA NETWORK, LLC and/or any other entities affiliated or controlled by AXA ADVISORS, LLC, AXA FINANCIAL SERVICES, LLC, and AXA NETWORK, LLC, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law, the Declaration of Lloyd Ambinder, and the annexed exhibits, the undersigned will move this Court before United States Chief Magistrate Judge Steven M. Gold, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, on May 6, 2016, for an order approving Class Counsel's attorneys' fees and costs and for approval of service awards.

Dated: New York, New York
       April 26, 2016

VIRGINIA & AMBINDER, LLP

By: _____/s/_____
       Lloyd Ambinder, Esq.
       James Emmet Murphy, Esq.
       Kara Miller, Esq.
       40 Broad Street, 7th Floor
       New York, New York 10004
       Tel:   (212) 943-9080
       Fax:  (212) 943-9082

       and

LEEDS BROWN LAW, P.C.
Jeffrey K. Brown, Esq.
Michael Tompkins, Esq.
One Old Country Road, Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550
Fax: (516) 747-5024

*Attorneys for Plaintiffs and the Settlement Class*